UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:

TAMMARA ANN PEARSON                                CASE NO. 10-14971
            DEBTOR(S).                          CHAPTER 7

## NOTICE OF DEPOSIT SMALL DIVIDENDS

      Comes now Mark A. Warsco and submits this Notice of Deposit of Undistributed Funds and states as follows:

    1.    That Mark A. Warsco is the duly appointed Trustee and as such, holds funds of this estate, which should be distributed to creditors thereof.

    2.    The following distributions are in an amount under $5.00:

> Claim #1 of Thomas Plumbing
> Account number: 10837
> Claimed amount: $390.27
> Pro rata distribution: $2.71
>
> Claim #8 of Snow & Sauerteig, LLP
> Account number: 07-10005
> Claimed amount: $246.84
> Pro rata distribution: $1.72
>
> Claim #9 of Snow & Sauerteig, LLP
> Account number: 07-10609
> Claimed amount: $605.32
> Pro rata distribution: $4.20
>
> Claim #10 of Snow & Sauerteig, LLP
> Account number: 07-19718
> Claimed amount: $410.80
> Pro rata distribution: $2.84

Claim #11 of Snow & Sauerteig, LLP
Account number: 07-10610
Claim amount: $240.16
Pro rata distribution: $1.66

Claim #12 of Ft. Wayne Fire Department
Account number: 09-23491
Claimed amount: $328.00
Pro rata distribution: $2.27

Claim #13 of Ft. Wayne Med Lab
Account number: 10-69534
Claimed amount: $56.00
Pro rata distribution: $.39

**TOTAL AMOUNT OF ALL CLAIMS: $15.79**

3. Pursuant to FRBP 3010(a), the distribution shown in paragraph 2 is to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

4. Trustee believes it is appropriate that the sum(s) set forth in paragraph 2 be paid to the United States Bankruptcy Clerk for the use and benefit of the party set forth therein.

Dated: October 28, 2011          /s/ Mark A. Warsco
                                 Mark A. Warsco, Trustee
                                 P.O. Box 11647
                                 Fort Wayne, IN  46859-1647
                                 Telephone: (260) 469-0256
                                 e-mail: bankruptcy@rlwlawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing document has been served on the following parties either by electronic submission through the Court's ECF system, or by deposit in the U.S. Mail, postage prepaid, to the addresses below, on October 28, 2011:

| | |
|---|---|
| JON OWEN | Office, U.S. Trustee |
| jonowen@sbcglobal.net | USTPREGION10.SO.ECF@USDOJ.GOV |
| | |
| Thomas Plumbing | Snow & Sauerteig, LLP |
| Michiana Professional Credit Bureau | 203 East Berry Street |
| 111 W Spring St, Ste 1 | Fort Wayne, IN 46802 |
| Lagrange, IN 46761 | |
| | |
| Ft Wayne Fire Dept | Ft Wayne Med Lab |
| c/o Snow & Sauerteig | c/o Snow&Sauerteig |
| 203 E Berry St Ste 1310 | 203 E Berry St Ste 1310 |
| Ft Wayne, In 46802 | Ft Wayne, In 46802 |

                                              /s/  Mark A. Warsco
                                              Mark A. Warsco, Trustee